UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LYNN RICHMOND,

                Plaintiff,

v.

MONTEFIORE MEDICAL CENTER,

                Defendant.

**ORDER**

21 Civ. 8700 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        As discussed at today's conference, Defendant will submit a letter by **February 24, 2022**, stating whether it wishes to proceed with its proposed motion to dismiss. If so, Defendant will propose a briefing schedule that has been discussed with Plaintiff's counsel. If not, any answer to the Complaint is due by **March 10, 2022**.

Dated: New York, New York
       February 17, 2022

                                SO ORDERED.

                                _____
                                Paul G. Gardephe
                                United States District Judge