

mwe.com

Lisa Gerson
Attorney at Law
lgerson@mwe.com
+1 212 547 5353

May 17, 2022

**MEMO ENDORSED**:

The application is granted. The conference scheduled for May 19, 2022, is adjourned to **June 16, 2022, at 11:30 a.m.**

SO ORDERED.

*[signature]*

Paul G. Gardephe
United States District Judge
Dated: May 18, 2022

**VIA ECF**

Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, NY 10017

Re:   *Richmond v. Montefiore Medical Center*, Case No. 1:21-Civ-08700 (PGG)

Dear Judge Gardephe:

I write on behalf of the parties to the above-captioned action to request an adjournment of the conference scheduled for May 19, 2022.

The parties are proceeding with discovery and do not have any disputes that require the Court's attention at this time. The parties anticipate having their document productions substantially complete by the end of May, and will confer on any outstanding discovery issues thereafter.

Accordingly, the parties request an adjournment of the upcoming conference until Thursday, June 16, 2022. Alternatively, the parties could also be available on June 23, 2022, if the Court grants Defendant Montefiore Medical Center leave to be represented by non-lead counsel.

Respectfully submitted,

*[signature]*

Lisa Gerson

cc:   All counsel of record by ECF



One Vanderbilt Avenue   New York NY 10017-3852   Tel +1 212 547 5400   Fax +1 212 547 5444
*US practice conducted through McDermott Will & Emery LLP.*

DM_US 188639168-1.031828.0022