UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LYNN RICHMOND,

Plaintiff,

- against -

MONTEFIORE MEDICAL CENTER,

Defendant.

**ORDER**

21 Civ. 8700 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The parties' motions for summary judgment (Dkt. Nos. 78, 92) are denied for

reasons that will be explained in a memorandum opinion and order to issue. The parties'

motions for oral argument (Dkt. Nos. 77, 90) are denied as moot. The Clerk of Court is

directed to terminate the motions. (Dkt. Nos. 77-78, 90, 92)

This case will proceed to trial on **October 30, 2023, at 9:30 a.m.** in Courtroom

705 of the Thurgood Marshall United States Courthouse. The parties' joint pretrial order,

proposed voir dire, and motions in limine are due on **October 4, 2023.** Any responsive papers

are due on **October 11, 2023**.

Dated: New York, New York
       September 21, 2023

SO ORDERED.

Paul G. Gardephe
United States District Judge