UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LYNN RICHMOND,<br><br>                    Plaintiff,<br><br>          v.<br><br>MONTEFIORE MEDICAL CENTER,<br><br>                    Defendant. | Case No.: 1:21-CV-08700 |

**STIPULATION AND ORDER OF DISMISSAL UNDER FED. R. CIV. P. 41**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Lynn Richmond and Defendant Montefiore Medical Center, hereby stipulate to the dismissal with prejudice of the single remaining claim in this action, Count I (breach of contract) of the Complaint. This stipulation of dismissal is effective upon filing.

Accordingly, it is ORDERED that this action is hereby dismissed with prejudice, and without costs to either party.

| | |
|---|---|
| /s/ Nicholas Sikon | /s/ Lisa Gerson |
| **OUTTEN & GOLDEN LLP** | **McDERMOTT WILL & EMERY LLP** |
| Nicholas H. Sikon | John Calandra |
| Shira Z. Gelfand | Lisa Gerson |
| 685 Third Avenue, 25th Floor | One Vanderbilt Avenue |
| New York, New York 10017 | New York, New York 10017 |
| Telephone: (212) 245-1000 | Telephone: (212) 547-5400 |
| Email: nsikon@outtengolden.com | Email: jcalandra@mwe.com |
| Email: sgelfand@outtengolden.com | Email: lgerson@mwe.com |
| *Attorneys for Ms. Richmond* | *Attorneys for Montefiore Medical Center* |